UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP CO., LLC, d/b/a INTUS IQ, | ) Civil Action |
| | ) |
| Plaintiff, | ) File No. 2:09-cv-037-DF |
| | ) |
| vs. | ) |
| | ) |
| ONCOR ELECTRIC DELIVERY COMPANY LLC, RELIANT ENERGY, INC., COMVERGE, INC., DATAMATIC, LTD., EKA SYSTEMS, INC., SENSUS METERING SYSTEMS INC., TANTALUS SYSTEMS CORP., TENDRIL NETWORKS, INC., TRILLIANT INCORPORATED, and TRILLIANT NETWORKS, INC., | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF
<u>DEFENDANT TRILLIANT INCORPORATED</u>**

NOW COMES Plaintiff, IP CO., LLC d/b/a Intus IQ, and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby files this voluntary dismissal of defendant Trilliant Incorporated without prejudice. Each party shall bear their own costs and attorneys' fees.

Respectfully submitted, this 2nd day of April, 2009.

      COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP

      /s/ John C. Herman

      John C. Herman
      Monarch Centre, Suite 1650
      3424 Peachtree Road, N.E.
      Atlanta, GA  30326
      (404) 504-6500 (telephone)
      (404) 504-6501 (facsimile)

      T. John Ward (State Bar No. 00794818)
      WARD & SMITH LAW FIRM
      P.O. Box 1231
      Longview, Texas 75606-1231
      (903) 757-6400 (telephone)
      (903) 757-2323 (facsimile)

      Joe Kendall (State Bar No. 11260700)
      KENDALL LAW GROUP, LLP
      3232 McKinney Avenue, Suite 700
      Dallas, Texas  75204
      (214) 744-3000 (telephone)
      (214) 744-3015 (facsimile)

      Attorneys for Plaintiff
      IP CO., LLC d/b/a INTUS IQ

- 2 -

CONSENTED TO BY:

      /s/ Lisa Kobialka
Lisa Kobialka
KING & SPALDING
333 Twin Dolphin Drive, 4th Floor
Redwood City, CA 94065
(650) 590-1913 (telephone)

Attorney for Defendant
TRILLIANT INCORPORATED

- 3 -

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 2nd day of April, 2009.  All other counsel of record not deemed to have consented to electronic service were served with a copy via regular U.S. Mail this 2nd day of April, 2009.

                                        /s/ John C. Herman

I:\JHerman\IPCO-Oncor - Notice of Dismissal.doc