# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IP CO., LLC, d/b/a INTUS IQ<br><br>*Plaintiff*,<br><br>v.<br><br>ONCOR ELECTRIC DELIVERY COMPANY LLC, RELIANT ENERGY, INC., COMVERGE, INC., DATAMATIC, LTD., EKA SYSTEMS, INC., SENSUS METERING SYSTEMS INC., TANTALUS SYSTEMS COPR., TENDRIL NETWORKS, INC. TRILLIANT INCORPORATED AND TRILLIANT NETWORKS, INC.<br><br>*Defendant*. | Civil Action No. 2:09CV037 |

### [PROPOSED] ORDER ON JOINT MOTION TO DISMISS

Before the Court is IP Co. LLC's (collectively, "IntusIQ") and Oncor Electric Delivery Company LLC's ("Oncor") Joint Motion to Dismiss. After considering the motion and finding that good cause exists for the granting of the same, it is hereby ORDERED that all claims asserted between IntusIQ and Oncor are DISMISSED WITH PREJUDICE.

**SIGNED this 26th day of May, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE