IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP CO., LLC d/b/a Intus IQ, a Georgia limited liability corporation<br><br>   Plaintiff,<br><br> v.<br><br>ONCOR ELECTRIC DELIVERY COMPANY LLC., a Delaware limited liability corporation, RELIANT ENERGY, INC, a Delaware corporation, COMVERGE, INC., a Delaware corporation, DATAMATIC, LTD., a Texas limited partnership, EKA SYSTEMS, INC., a Delaware corporation, SENSUS METERING SYSTEMS, INC., a Delaware corporation, TANTALUS SYSTEMS CORP., a Canadian corporation, TENDRILL NETWORKS, INC., a Delaware corporation, and TRILLIANT NEWORKS, INC., a Delaware corporation,<br><br>   Defendants. | **CIVIL ACTION NO. 2:09-CV-00037-DF** |

## TRILLIANT NETWORKS, INC.'S NOTICE OF P.R. 3-3 AND 3-4 DISCLOSURES

  Pursuant to Local Patent Rules 3-3 and 3-4, Defendant Trilliant Networks, Inc. hereby notifies the Court that it has on this date served its Invalidity Contentions upon all counsel of record via electronic transmission.

DATED:  September 24, 2009.             Respectfully submitted,

| | |
|---|---|
| Paul J. Andre<br>PAndre@kslaw.com<br>Lisa Kobialka<br>LKobialka@kslaw.com<br>KING & SPALDING LLP<br>333 Twin Dolphin Suite 400<br>Redwood City, CA 94065<br>Telephone: (650) 590-0700<br>Facsimile: (650) 590-1900 | */s/ Diane V. DeVasto*<br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Diane V. DeVasto<br>State Bar No. 05784100<br>dianedevasto@potterminton.com<br>POTTER MINTON<br>A Professional Corporation<br>110 N. College, Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br><br>**Attorneys for Defendants**<br>**TRILLIANT NETWORKS, INC.** |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 24, 2009.  Any other counsel of record will be served by First Class U.S. mail on this same date.

                                                       */s/ Diane V. DeVasto*
                                                       Diane V. DeVasto