UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IP CO., LLC, d/b/a INTUS IQ, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | |
| v. ) | NO. 2:09-cv-037-DF |
| ) | |
| DATAMATIC, LTD., EKA SYSTEMS, ) | |
| INC., SENSUS METERING SYSTEMS ) | |
| INC., TANTALUS SYSTEMS CORP., ) | |
| and TRILLIANT INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having considered IP CO., LLC d/b/a Intus IQ and Tantalus Systems Corp.'s Joint Motion to Dismiss With Prejudice, the Court finds that good cause exists for granting the motion. All claims asserted by and between IP CO., LLC d/b/a Intus IQ and Tantalus Systems Corp. are hereby dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

IT IS SO ORDERED.

**SIGNED this 4th day of December, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE