IN THE UNITED STATES DISTRICT COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IP CO., LLC, d/b/a INTUS IQ, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | |
| | ) | |
| EKA SYSTEMS, INC., SENSUS USA INC., and TRILLIANT NETWORKS, INC., | ) ) ) ) | NO. 2:09-cv-037-DF |
| | ) | |
| Defendants. | ) ) | |

**PROPOSED ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Having considered Plaintiff IP CO, LLC d/b/a Intus IQ's and Defendants Eka Systems, Inc.'s, Sensus USA Inc.'s, and Trilliant Networks, Inc.'s joint motion for extension of time to extend the deadline for the parties' Joint Claim Construction and Prehearing Statement under P.R. 4-3, it is hereby **ORDERED** that the deadline for the parties to file their Joint Claim Construction and Prehearing Statement under P.R. 4-3 is extended three (3) weeks from March 8, 2010 through and including March 29, 2010.

**SIGNED this 9th day of March, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE