UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IP CO., LLC, d/b/a INTUS IQ | § | |
| | § | |
| vs. | § | CASE NO. 2:09-CV-037-DF |
| | § | |
| ONCOR ELECTRIC DELIVERY | § | |
| COMPANY, LLC, ET AL. | § | |

**ORDER**

Pending before the court are the plaintiff IP CO, LLC, d/b/a Intus IQ's ("Intus IQ") motion to compel (Dkt. No. 152) and the defendant Trilliant Networks, Inc.'s ("Trilliant") motion to compel (Dkt. No. 154). The motions to compel were referred to Magistrate Judge Chad Everingham, who heard oral argument on April 19, 2010. The motions to compel are GRANTED in part and DENIED in part.

Trilliant is ordered to produce technical documents and source code relating to the SecureMesh network, and all networks reasonably similar to SecureMesh, including mesh network components; Trilliant must produce these materials on or before June 4, 2010. Trilliant is not required to produce information on cellular network components, so long as those cellular network components do not operate on a mesh network. On or before June 21, 2010, Trilliant must respond to Request for Production 18 by producing the *curriculum vitae* of all SecureMesh contributors. Trilliant must also provide a full and complete answer to Interrogatory 3 by June 21, 2010. By June 21, 2010, Intus IQ must update its infringement contentions and also its answer to Interrogatory 1 by providing its full legal and factual basis for infringement.

SIGNED this 20th day of May, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE