**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| IP CO., LLC, d/b/a INTUS IQ, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:09-CV-037-DF |
| v. | § § | |
| SENSUS USA INC., | § § | |
| Defendant. | § § § | |

## NOTICE OF SETTLEMENT

Plaintiff IP CO., LLC ("IPCO") and Defendant Sensus USA Inc. ("Sensus") file this Notice of Settlement as follows:

1. IPCO and Sensus have reached an agreement in principle that resolves all claims asserted between IPCO and Sensus in the above-entitled and numbered action.

2. IPCO and Sensus will memorialize the terms of their settlement agreement and expect to file a joint motion to dismiss within the next thirty (30) days.

Respectfully submitted, this 16th day of September, 2010.

| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP | JONES DAY |
| /s/ John C. Herman *w/permission HCG* | /s/ Hilda C. Galvan |
| John C. Herman | Hilda C. Galvan |
| Attorney-in-charge | Lead Attorney |
| ROBBINS GELLER RUDMAN & DOWD LLP | Texas State Bar No. 00787512 |
| 3424 Peachtree Road, NE | Email: hcgalvan@jonesday.com |
| Suite 1650 | Keith B. Davis |
| Atlanta, GA 30326 | Texas State Bar No. 24037895 |
| Telephone: (404) 504-6500 | Email: kbdavis@jonesday.com |
| Facsimile:  (404) 504-6501 | JONES DAY |
| | 2727 North Harwood Street |
| Thomas John Ward, Jr. | Dallas, TX 75201-1515 |
| WARD & SMITH LAW FIRM | Telephone: (214) 220-3939 |
| P.O. Box 1231 | Facsimile: (214) 969-5100 |
| Longview, TX 75606 | |
| Telephone: (903) 757-6400 | |
| Facsimile:  (903) 757-2323 | Attorneys for Defendant |
| | |
| Attorneys for Plaintiff | |

<u>CERTIFICATE OF SERVICE</u>

I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on September 16, 2010.  Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

<u>/s/ Hilda Galvan</u>