IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IP CO., LLC, d/b/a INTUS IQ, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 2:09-cv-037-DF |
| | ) | |
| SENSUS USA INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[ORDER]**

Having considered Plaintiff IP CO., LLC's d/b/a Intus IQ ("Intus IQ") and Defendant Sensus USA Inc.'s ("Sensus") Joint Motion to Dismiss With Prejudice Under Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

**ORDERED** that Intus IQ's claims against Sensus and Sensus' counterclaims against Intus IQ are dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**SIGNED this 18th day of October, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

581149_1